Case 2:05-cv-06926-PSG-PLA   Document 185-2   Filed 04/13/2009   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES JONES,<br><br>    Plaintiff,<br><br>v.<br><br>M. SULLIVAN, et al.,<br><br>    Defendants. | CV 05-06926-AG (PLA)  [PSG]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation by and between Plaintiff Charles Jones and Defendant M. Sullivan, this action is dismissed with prejudice. Parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 1/15/09

The Honorable Philip S. Gutierrez
United States District Court Judge

1